```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 04 B 06805
   WILLIAM WOHLFEIL
                                        CHAPTER 13

                                        JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2287


-----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 02/23/2004 and was confirmed 04/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 08/14/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED           7111.49       1773.07       7111.49
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED           .00           .00
GUARANTY RESIDENTIAL LEN   SECURED              .00            .00           .00
ALEXIAN BROTHERS MED CEN   UNSECURED       NOT FILED           .00           .00
ALEXIAN BROS MEDICAL CEN   NOTICE ONLY     NOT FILED           .00           .00
AMERICAN EXPRESS TRAVEL    UNSECURED        10035.56           .00      10035.56
AMERICAN EXPRESS TRAVEL    UNSECURED         3780.26           .00       3780.26
CINGULAR WIRELESS          UNSECURED          242.12           .00         242.12
CINGULAR WIRELESS          NOTICE ONLY     NOT FILED           .00           .00
ELK GROVE LAB PHYSICIANS   NOTICE ONLY     NOT FILED           .00           .00
ALEXIAN BROTHERS MED CEN   UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED         2302.94           .00       2302.94
MIDWEST PHYSICAL & HAND    UNSECURED       NOT FILED           .00           .00
POPLAR CREEK SURGICAL      UNSECURED       NOT FILED           .00           .00
NW COLLECTOR               NOTICE ONLY     NOT FILED           .00           .00
ELK GROVE LAB PHYSICIANS   UNSECURED       NOT FILED           .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,000.00                     2,000.00
TOM VAUGHN                 TRUSTEE                                       1,690.36
DEBTOR REFUND              REFUND                                          204.20

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              29,140.00

PRIORITY                                        .00
SECURED                                    7,111.49
    INTEREST                               1,773.07
UNSECURED                                 16,360.88
ADMINISTRATIVE                             2,000.00
TRUSTEE COMPENSATION                       1,690.36

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 06805 WILLIAM WOHLFEIL
```

```
DEBTOR REFUND                                                  204.20
                                        ---------------    ---------------
TOTALS                                       29,140.00          29,140.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/28/09                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE